**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Delmar | Edward | DeBose |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Georgia (State) |
| Case number (If known) | 19-55207 | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ..................................... $0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ......................... $21,205.00
   1c. Copy line 63, Total of all property on *Schedule A/B*..................................... $21,205.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D* .... $20,900.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................... $0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................... $130,023.00

   **Your total liabilities** $150,923.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................ $2,376.75

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J*................. $1,911.00



Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1

Doc ID: b892eb009070cbe76d7e3d4c4143c567673db51d

Debtor 1  Delmar        Edward            DeBose                Case number *(if known)* 19-55207
          First Name    Middle Name       Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes.

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those incurred by an individual primarily for a personal, family, or household purpose. 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.         $2,037.52

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $116,938.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $116,938.00 |



Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 2

Doc ID: b892eb009070cbe76d7e3d4c4143c567673db51d

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Delmar | Edward | DeBose |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern   District of Georgia (State)

Case number (If known): 19-55207

☐ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Delmar DeBose
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date  **6/4/2019**
MM/DD/YYYY

Date _____
MM/DD/YYYY

Official Form 106Dec     **Declaration About an Individual Debtor's Schedules**     page 1

Doc ID: b892eb009070cbe76d7e3d4c4143c567673db51d

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Delmar | Edward | DeBose |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Georgia |
| | | | (State) |
| Case number | 19-55207 | | |
| (If known) | | | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $2,037.52 | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | | |
| Ordinary and necessary operating expenses | -$0.00 | - | | | |
| Net monthly income from a business, profession, or farm | $0.00 | | **Copy here →** | $0.00 | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | | |
| Ordinary and necessary operating expenses | -$0.00 | - | | | |
| Net monthly income from a business, profession, or farm | $0.00 | | **Copy here →** | $0.00 | |

*[signature: D E DB]*

| Debtor 1 | Delmar | Edward | DeBose | Case number *(if known)* | 19-55207 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  |  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | |
| 8. | **Unemployment compensation** | $0.00 | |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓

For you ............................................................................ $0.00

For your spouse .............................................................

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

    If necessary, list other sources on a separate page and put the total below.

    Total amounts from separate pages, if any.    +$0.00    +$0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $2,037.52  **+**  $0.00  **=**  $2,037.52

    **Total current monthly income**

### Part 2: Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11.    $2,037.52

13. **Calculate the marital adjustment.** Check one:

    ☒ You are not married. Fill in 0 below.

    ☐ You are married and your spouse is filing with you. Fill in 0 below.

    ☐ You are married and your spouse is not filing with you.

    Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

    Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

    If this adjustment does not apply, enter 0 below.

    Total    $0.00    Copy here→    -$0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12.    $2,037.52

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here →    $2,037.52

    Multiply line 15a by 12 (the number of months in a year).    **x 12**

    15b. The result is your current monthly income for the year for this part of the form.    $24,450.24

| Debtor 1 | Delmar | Edward | DeBose | Case number *(if known)* 19-55207 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.   Georgia

    16b. Fill in the number of people in your household.   2

    16c. Fill in the median family income for your state and size of household   $63,303.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 122C-2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

18. **Copy your total average monthly income from line 11.**   $2,037.52

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.   -$0.00

    19b. **Subtract line 19a from line 18.**   $2,037.52

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b.   $2,037.52

    Multiply by 12 (the number of months in a year).   x 12

    20b. The result is your current monthly income for the year for this part of the form.   $24,450.24

    20c. Copy the median family income for your state and size of household from line 16c.   $63,303.00

21. **How do the lines compare?**

    ☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ /s/ Delmar DeBose                                    ✗ _____
Signature of Debtor 1                                     Signature of Debtor 2

Date **6/4/2019**                                         Date _____
    MM/DD/YYYY                                              MM/DD/YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.
If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1       Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period       page 3

Doc ID: b892eb009070cbe76d7e3d4c4143c567673db51d

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Delmar Edward Debose | { | CASE NO. 19-55207-SMS |
| | { | |
| | { | |
| Debtor. | { | JUDGE: Sage M Sigler |

CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amended form 122C-1 upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Delmar Edward Debose**
3765 High Point Lane SW
Atlanta, GA 30331

**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Dated: June 4, 2019

/s / Emily Allen
Emily Allen
Attorney for the Debtor
GA Bar No.: 264387
The Semrad Law Firm, LLC
303 Perimeter Center North
Suite 201
Atlanta, GA 30303
(678)668-7165

```
Label Matrix for local noticing          ASSOCIATED CREDIT UNIO              Emily Camille Allen
113E-1                                   6251 CROOKED CREEK RD               The Semrad Law Firm
Case 19-55207-sms                        NORCROSS, GA 30092-3107             303 Perimeter Center North, #201
Northern District of Georgia                                                 Atlanta, GA 30346-3425
Atlanta
Tue Jun  4 20:30:45 EDT 2019

Associated Credit Union c/o              Atlas Acquisitions LLC              Atlas Acquisitions LLC
Thompson, O'Brien, Kemp & Nausuti, P.C.  294 Union St.                       Assignee of Verve/The Bank of Missouri
40 Technology Pkwy. S                    Hackensack, NJ 07601-4303           Atlas Acquisitions LLC
Suite 300                                                                    294 Union St.
Peachtree Corners, GA 30092-2924                                             Hackensack, NJ 07601-4303


 (p)CAPITAL ONE                          Capital One Bank (USA), N.A.        Delmar Edward DeBose
PO BOX 30285                             by American InfoSource as agent     3765 High Point Lane SW
SALT LAKE CITY UT 84130-0285             4515 N Santa Fe Ave                 Atlanta, GA 30331-7906
                                         Oklahoma City, OK 73118-7901


Department of Justice, Tax Division      FIRST PREMIER BANK                  FST PREMIER
75 Ted Turner Drive SW                   c/o Jefferson Capital Systems LLC   601 S Minneapolis Ave
Civil Trial Section, Southern            c/o Linda Dold                      Sioux Falls, SD 57104
Atlanta, GA 30303-3315                   PO Box 7999
                                         Saint Cloud, MN 56302-7999


GA STND FIN                              (p)GEORGIA DEPARTMENT OF REVENUE    Internal Revenue Service
2082 E EXCHANGE PLACE                    COMPLIANCE DIVISION                 P.O. Box 7346
TUCKER, GA 30084-5334                    ARCS BANKRUPTCY                     Philadelphia, PA 19101-7346
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Internal Revenue Service - Atl           LVNV FUNDING LLC                    LVNV Funding, LLC
401 West Peachtree St NW Room 1665       PO Box 10587                        Resurgent Capital Services
ATTN: Ella Johnson, M/S 334-D            Greenville, SC 29603-0587           PO Box 10587
Atlanta, GA 30308                                                            Greenville, SC 29603-0587


MCINTOSHFIN                              MERCURY CARD/FB&T/TSYS              Olivia R. Mooney
6740 Shannon Parkway                     2220 6TH ST                         The Semrad Law Firm, LLC
Union City, GA 30291-2057                BROOKINGS, SD 57006-2403            303 Perimeter Center North, 201
                                                                             Atlanta, GA 30346-3425


Albert F. Nasuti                         Office of the Attorney General - Atlanta   PRA Receivables Management, LLC
Thompson, O'Brien, Kemp & Nasuti, PC     40 Capitol Sq Sw                    PO Box 41021
Suite 300                                Attn: Karrollanne K. Cayce          Norfolk, VA 23541-1021
40 Technology Parkway South              Atlanta, GA 30334-9057
Peachtree Corners, GA 30092-2924


Premier Bankcard, Llc                    SYNCB/GAP                           Special Assistant U.S. Attorney
Jefferson Capital Systems LLC Assignee   PO BOX 965005                       401 W. Peachtree Street, NW, STOP 1000-D
Po Box 7999                              ORLANDO, FL 32896-5005              Suite 600
Saint Cloud Mn 56302-7999                                                    Atlanta, GA 30308


Synchrony Bank                           TD BANK USA, N.A.                   TD BANK USA/TARGETCRED
c/o PRA Receivables Management, LLC      C O WEINSTEIN & RILEY, PS           PO Box 660170
PO Box 41021                             2001 WESTERN AVENUE, STE 400        Dallas, TX 75266-0170
Norfolk, VA 23541-1021                   SEATTLE, WA 98121-3132
```

```
Mary Ida Townson                      UNITED STATES DEPARTMENT OF EDUCATION    US DEPT OF ED/GLELSI
Chapter 13 Trustee                    CLAIMS FILING UNIT                       2401 Internal Lane
Suite 2200                            PO BOX 8973                              Attn: Chhengre Lim
191 Peachtree Street, NE              MADISON, WI 53708-8973                   Madison, WI 53704-3121
Atlanta, GA 30303-1770


United States Attorney                United States Attorney's Office          David C. Whitridge
Northern District of Georgia          75 Spring Street, S.W., Suite 600        Thompson, O'Brien, Kemp & Nasuti, PC
75 Ted Turner Drive SW, Suite 600     U.S. Courthouse                          Suite 300
Atlanta GA 30303-3309                 Atlanta, GA 30303-3309                   40 Technology Parkway South
                                                                               Peachtree Corners, GA 30092-2924
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAPITAL ONE BANK USA N                Georgia Department of Revenue
PO BOX 85520                          1800 Century Blvd
RICHMOND, VA 23285                    Suite 17200
                                      Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Associated Credit Union            End of Label Matrix
                                      Mailable recipients    35
                                      Bypassed recipients     1
                                      Total                  36
```