# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DELMAR EDWARD DEBOSE,** | ) | CASE NO. **19-55207-SMS** |
| | ) | |
| Debtor. | ) | |

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW Delmar Edward DeBose ("Debtor"), by and through under-signed counsel, and respectfully requests that his Chapter 13 Plan payment be suspended for the months of June, July, and August 2020 and shows the Court as follows:

1.

This case was commenced on April 1, 2019 by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 Title 11 of the United of the United States Code. Debtor's Chapter 13 Plan was confirmed on June 28, 2019.

2.

On or about May 18, 2020, Debtor was laid off due to the Covid-19 outbreak. As a result, Debtor is asking for three-month suspension of his Chapter 13 Plan payments during this time to allow him the opportunity to recuperate and still maintain his household expenses.

3.

Debtor will resume his Chapter 13 Plan payments in September 2020.

Wherefore, Debtor prays:

(a) That Debtor's Chapter 13 Plan payments for the months of June, July, and August 2020 be suspended;

(b) That Debtor's Chapter 13 Plan payments will resume September 2020; and,

(c) For such other relief as the Court deem appropriate.

**[signature on the following page]**

Dated: June 2, 2020                              /s/
                                                 Emily Allen
                                                 GA Bar No. 264387
                                                 The Semrad Law Firm, LLC
                                                 235 Peachtree Street NE
                                                 Suite 300
                                                 Atlanta, Georgia 30303
                                                 (678) 668-7160
                                                 **Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DELMAR EDWARD DEBOSE,** | ) | CASE NO. **19-55207-SMS** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor has filed a Motion to Suspend Plan Payments and related papers with the Court seeking an Order approving the motion.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Suspend Plan Payments in **Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, at 10:00 AM on June 30, 2020.**

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 2, 2020

/s/
Emily Allen
GA Bar No. 264387
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DELMAR EDWARD DEBOSE,** | ) | CASE NO. **19-55207-SMS** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Suspend Plan Payments and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Delmar Edward DeBose
3765 High Point Lane SW
Atlanta, GA 30331

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: June 2, 2020

/s/
Emily Allen
GA Bar No. 264387
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-55207-sms<br>Northern District of Georgia<br>Atlanta<br>Tue Jun  2 15:33:03 EDT 2020 | ASSOCIATED CREDIT UNIO<br>6251 CROOKED CREEK RD<br>NORCROSS, GA 30092-3107 | Emily Camille Allen<br>The Semrad Law Firm<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| Associated Credit Union c/o<br>Thompson, O'Brien, Kemp & Nausuti, P.C.<br>40 Technology Pkwy. S<br>Suite 300<br>Peachtree Corners, GA 30092-2924 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC<br>Assignee of Verve/The Bank of Missouri<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Delmar Edward DeBose<br>3765 High Point Lane SW<br>Atlanta, GA 30331-7906 |
| Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC<br>c/o Linda Dold<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | FST PREMIER<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 |
| GA STND FIN<br>2082 E EXCHANGE PLACE<br>TUCKER, GA 30084-5334 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Student Finance Authority<br>2082 East Exchange Place<br>Tucker, GA 30084-5334 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | LVNV FUNDING LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MCINTOSHFIN<br>6740 Shannon Parkway<br>Union City, GA 30291-2057 | MERCURY CARD/FB&T/TSYS<br>2220 6TH ST<br>BROOKINGS, SD 57006-2403 |
| Olivia R. Mooney<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, PC<br>Suite 300<br>40 Technology Parkway South<br>Peachtree Corners, GA 30092-2924 | Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334-9057 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| SYNCB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Suite 600<br>Atlanta, GA 30308 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

```
TD BANK USA, N.A.                    TD BANK USA/TARGETCRED              Mary Ida Townson
C O WEINSTEIN & RILEY, PS            PO Box 660170                       Chapter 13 Trustee
2001 WESTERN AVENUE, STE 400         Dallas, TX 75266-0170                Suite 1600
SEATTLE, WA 98121-3132                                                   285 Peachtree Center Ave, NE
                                                                         Atlanta, GA 30303-1259


UNITED STATES DEPARTMENT OF EDUCATION  US DEPT OF ED/GLELSI              United States Attorney
CLAIMS FILING UNIT                     2401 Internal Lane                Northern District of Georgia
PO BOX 8973                            Attn: Chhengre Lim                75 Ted Turner Drive SW, Suite 600
MADISON, WI 53708-8973                 Madison, WI 53704-3121            Atlanta GA 30303-3309


United States Attorney's Office      David C. Whitridge
75 Spring Street, S.W., Suite 600    Thompson, O'Brien, Kemp & Nasuti, PC
U.S. Courthouse                      Suite 300
Atlanta, GA 30303-3309               40 Technology Parkway South
                                     Peachtree Corners, GA 30092-2924
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAPITAL ONE BANK USA N               Georgia Department of Revenue       Portfolio Recovery Associates, LLC
PO BOX 85520                         1800 Century Blvd                   POB 41067
RICHMOND, VA 23285                   Suite 17200                         Norfolk VA 23541
                                     Atlanta, GA 30345
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Associated Credit Union           End of Label Matrix
                                     Mailable recipients    37
                                     Bypassed recipients     1
                                     Total                  38
```